| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

WILLIE LAMPLEY, §
　　　　　　　　　　　　 §
　　　　　Movant, §
　　　　　　　　　　　　 §
*versus* § CIVIL ACTION NO. 1:19-CV-622
　　　　　　　　　　　　 §
UNITED STATES OF AMERICA, §
　　　　　　　　　　　　 §
　　　　　Respondent. §

**MEMORANDUM ORDER ADOPTING THE
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　Movant, Willie Lampley, an inmate confined at FCI Seagoville, proceeding *pro se*, filed this motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

　　The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends movant's motion for default judgment be denied (docket entry no. 11).

　　The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.**

SIGNED at Beaumont, Texas, this 2nd day of November, 2020.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE