| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

WILLIE LAMPLEY, §
§
      Petitioner, §
§
versus § CIVIL ACTION NO. 1:19-CV-622
§
UNITED STATES OF AMERICA, §
§
      Respondent. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Movant, Willie Lampley, an inmate currently confined at FCI Seagoville, proceeding *pro se*, filed this motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends denying Movant's Motion for Default Judgment (doc. # 47).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed to date.[1]

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.**

---

[1]     Plaintiff received a copy of the Report and Recommendation on June 9, 2022 (doc. # 49).

SIGNED at Beaumont, Texas, this 5th day of July, 2022.

						_____
						MARCIA A. CRONE
						UNITED STATES DISTRICT JUDGE